UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  26-mj-8044-WM

UNITED STATES OF AMERICA,

vs.

SELVIN GALINDO GARCIA-LOPEZ,

    Defendant.
_____/



## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No**

Respectfully submitted,

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

By: *[signature]*
MARTON GYIRES
ASSISTANT U.S. ATTORNEY
Court ID No.: A5501696
Southern District of Florida
500 South Australian Avenue, 4thFloor
West Palm Beach, FL 33401
Email: Marton.Gyires@usdoj.gov
Phone: 561-820-8711

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 26-mj-8044-WM |
| SELVIN GALINDO GARCIA-LOPEZ, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED BY ___SW___ D.C.
Jan 22, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 16, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) | Previously removed alien found in the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Andy Korzen, ICE Deportation Officer
_Printed name and title_

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Date: January 22, 2026

_Judge's signature_

City and state:   West Palm Beach, FL          William Matthewman, Chief U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Selvin Galindo GARCIA-LOPEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 16, 2026, Selvin Galindo GARCIA-LOPEZ was arrested in Palm Beach County, Florida on charges of driving under the influence, and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Selvin Galindo GARCIA-LOPEZ is a native and citizen of Guatemala. Records further show that on or about June 9, 2018, Selvin Galindo GARCIA-LOPEZ was ordered removed from

1

the United States. The Order of Removal was executed on or about June 18, 2018, whereby Selvin Galindo GARCIA-LOPEZ was removed from the United States and returned to Guatemala.

5. Records further show that on or about June 11, 2018, in the United States District Court, Southern District of Texas, Selvin Galindo GARCIA-LOPEZ was convicted of the offense of illegal entry, case number 18-po-61508.

6. Selvin Galindo GARCIA-LOPEZ's fingerprints taken in connection with his January 16, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Selvin Galindo GARCIA-LOPEZ.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Selvin Galindo GARCIA-LOPEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Selvin Galindo GARCIA-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 16, 2026, Selvin Galindo GARCIA-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General

or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  22nd   day of January 2026.

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Selvin Galindo Garcia-Lopez

**Case No**:  26-mj-8044-WM

Count #: 1

Previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.